UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRA L. VANCE,<br>    Plaintiff,<br>v.<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>    Defendants. | Civil Action No. 19-3716 (CKK) |

**ORDER**
(July 28, 2023)

In light of Plaintiff's [26] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 28th day of July, 2023, hereby

**ORDERED**, that Defendant's [25] Motion for Summary Judgment is **DENIED AS MOOT**. It is further

**ORDERED**, that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge